UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERENCE ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06 CV 1779 DDN |
| | ) |
| MICHAEL J. ASTRUE,[1] | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT ORDER**

In accordance with the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the final decision of the defendant Commissioner of Social Security is affirmed under Sentence 4 of 42 U.S.C. § 405(g).  This action is dismissed with prejudice.

    /S/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on February 20, 2008.

---

[1] Jo Anne B. Barnhart was the original defendant.  Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted as defendant in this suit.  42 U.S.C. § 405(g).